# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1486**　　　　　　　　　　　　　　**September Term, 2015**

FCC-14-50

**Filed On:** December 30, 2015

In re: The Videohouse, Inc., et al.,

　　　　Petitioners


**BEFORE:**　　Kavanaugh, Pillard, and Wilkins, Circuit Judges

## O R D E R

　　Upon consideration of the petition for a writ of mandamus, the opposition thereto, and the reply, it is

　　**ORDERED** that the petition be denied without prejudice to refiling in the event the Federal Communications Commission fails to take prompt action on the pending petition for reconsideration. Under the circumstances presented here, petitioners have not shown the agency's delay to be so unreasonable as to warrant the extraordinary remedy of mandamus. See In re: Monroe Commc'ns Corp., 840 F.2d 942, 945 (D.C. Cir. 1988); Telecommunications Research and Action Ctr. v. FCC, F.2d 70, 80 (D.C. Cir. 1984). Based on the agency's representations, see Opposition at 2, 14, the Court expects the Commission to rule on the pending reconsideration petition promptly, so as to allow petitioners to seek judicial review with an opportunity for meaningful relief before the incentive auction commences on March 29, 2016. See FCC 15-78 Public Notice, 30 FCC Rcd 8975 (2015).

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　Robert J. Cavello
　　　　　　　　　　　　　　　　Deputy Clerk